UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN J. DEBELLIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>1ST ALLIANCE LENDING, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    No. 4:12-CV-1151 (CEJ)<br>)<br>)<br>)<br>) |

### ORDER

In accordance with the parties' joint stipulation for dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice.  Fed.R.Civ.P. 41(a)(1)(A)(ii).

The parties shall bear their own costs.

 

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 27th day of November, 2012.